UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.                                      Criminal No. 09-cr-108-01-JL

<u>William McCarthy</u>

**O R D E R**

Defendant's motion to reconsider bail (document no. 15) is denied. None of the information offered at the hearing was unknown by the movant at the original bail hearing, except that his girlfriend no longer resides with his mother and he now knows what was taken under the search warrant. Neither fact has a material bearing on the issue of whether there are conditions of release that will reasonably assure his appearance. <u>See</u> 18 U.S.C. § 3142(f).

    **SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: June 5, 2009

cc:   Jessica C. Brown, Esq.
       Arnold H. Huftalen, Esq.